## 34420. COX v. COX.

PER CURIAM.

The judgment denying an upward modification of child support for the parties' two children is supported by the evidence and is affirmed.

46

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 15, 1979 — DECIDED JANUARY 24, 1979.

*Howard, Cook, Mullinax & Hamilton, Charles A. Mullinax,* for appellant.
*R. Hopkins Kidd,* for appellee.